UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE RETINA GROUP OF WASHINGTON DATA SECURITY INCIDENT LITIGATION | No. 8:24-cv-00004-LWW |

### NOTICE OF SETTLEMENT

Plaintiffs Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick ("Plaintiffs") submit this notice to inform the Court that a settlement in principle has been reached between Plaintiffs and Defendant The Retina Group of Washington, PLLC ("Defendant"). The settlement will resolve the claims of Plaintiffs and the putative class. Pursuant to Fed. R. Civ. P. 23(e), Plaintiffs will submit a motion for preliminary approval of the settlement within 45 days.

Dated: December 5, 2024

Respectfully submitted,

/s/ Thomas A. Pacheco
Thomas A. Pacheco (Bar No. 1712140091)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC**
900 W Morgan Street
Raleigh, NC 27603
Telephone: (212) 946-9305
tpacheco@milberg.com

Ben Barnow*
(Interim Co-Lead Class Counsel)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com

Gary M. Klinger*
(Interim Co-Lead Class Counsel)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

Tyler J. Bean*
(Interim Co-Lead Class Counsel)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
tbean@sirillp.com

*Counsel for Plaintiffs and the Proposed Class*

*pro hac vice

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this case.

*/s/ Thomas A. Pacheco*_____