**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE RETINA GROUP OF WASHINGTON DATA SECURITY INCIDENT LITIGATION | No. 8:24-cv-00004-LWW |

**PLAINTIFFS'**
**UNOPPOSED MOTION FOR PRELIMINARY APPROVAL**
**OF CLASS ACTION SETTLEMENT**

Plaintiffs Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick (collectively, "Representative Plaintiffs"), individually and on behalf of all others similarly situated, by and through their undersigned counsel, hereby move without opposition seeking to

1. Preliminarily approve the class action settlement and direct notice to the Settlement Class pursuant to Rule 23(e);

2. Provisionally certify the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) and (e) for settlement purposes only;

3. Appoint Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick as Settlement Class Representatives;

4. Appoint Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, and Tyler J. Bean of Siri & Glimstad LLP. as Settlement Class Counsel;

5. Approve the proposed Notice Plan, Short Form Notice, Long Form Notice, and Claim Form;

6. Appoint Verita Global, LLC to provide notice and claims administration; and

7. Adopt the proposed schedule for notice and final approval of the Settlement.

This Motion is based upon: (1) this Motion; (2) the Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Action Settlement; (3) the Declaration of Counsel filed herewith; (4) The Declaration on Notice filed herewith, (4) the Settlement Agreement and exhibits; (5) the records, pleadings, and papers filed in this action; and (6) upon such other documentary and oral evidence or argument as may be presented to the Court on the Motion.

Dated:  January 21, 2025                                  Respectfully submitted,

<div style="margin-left: 40%;">

<u>/s/ Thomas A. Pacheco</u>
Thomas A. Pacheco (Bar No. 1712140091)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN LLC**
900 W Morgan Street
Raleigh, NC 27603
Telephone: (212) 946-9305
tpacheco@milberg.com

Ben Barnow*
(Interim Co-Lead Class Counsel)
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: 312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com

Gary M. Klinger*
(Interim Co-Lead Class Counsel)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

Tyler J. Bean*
(Interim Co-Lead Class Counsel)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: 212-532-1091
tbean@sirillp.com

*Counsel for Plaintiffs and the Proposed Class*

*pro hac vice

</div>

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record in this case.

*/s/ Thomas A. Pacheco*_____