UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE RETINA GROUP OF WASHINGTON DATA SECURITY INCIDENT LITIGATION | No. 8:24-cv-00004-LWW |

**PLAINTIFFS' MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e)(2) ("Rule 23"), Plaintiffs Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick, individually and on behalf of all others similarly situated, hereby move this Court for final approval of the class action Settlement that this Court preliminarily approved on February 18, 2025, ECF No. 36.

Plaintiffs respectfully request this Court:

1. Grant final certification of the Settlement Class for settlement purposes pursuant to Rule 23(a) and (b)(3);

2. Finally appoint Plaintiffs Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick as Settlement Class Representatives;

3. Finally appoint Ben Barnow, Gary M. Klinger and Tyler Bean as Settlement Class Counsel;

1

4. Finally approve the requested Service Award of $2,000.00 for each Settlement Class Representative, totaling $18,000.00;

5. Finally approve the requested attorneys' fees of $1,200,000.00 and reimbursement of litigation expenses in the amount of $2,637.20;

6. Find that the Notice met the requirements of Rule 23(c)(2)(B);

7. Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and are approved, adopted, and incorporated by the Court;

8. Direct the Parties, their respective attorneys, and the Settlement Administrator to consummate the Settlement in accordance with the [Proposed] Order Granting Plaintiffs' Motion for Attorneys' Fees, Costs, and Service Awards, [Proposed] Final Order Approving Class Action Settlement, and the terms of the Settlement Agreement, and resolve all claims as to all Parties and Settlement Class Members in this action by issuing the same; and

9. Dismiss the action with prejudice and without costs, except as provided in the Settlement Agreement.

WHEREFORE premises considered, Plaintiffs request that this Court grant this motion, as well as *Plaintiffs' Motion for an Award of Attorneys' Fees, Costs, Expenses, and Service Awards*, which was filed on May 9, 2025, ECF No. 38.

Dated: May 23, 2025                              Respectfully submitted,

                                                 */s/ Thomas A. Pacheco*_____
                                                 Thomas A. Pacheco (Bar No. 1712140091)
                                                 **MILBERG COLEMAN BRYSON**
                                                 **PHILLIPS GROSSMAN, LLC**
                                                 900 W Morgan Street
                                                 Raleigh, NC 27603
                                                 T: (212) 946-9305

tpacheco@milberg.com

Ben Barnow*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Fax: (865) 522-0049
gklinger@milberg.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
tbean@sirillp.com

*Settlement Class Counsel*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned certifies that he filed the foregoing document and its exhibits using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated: May 23, 2025

                                                    */s/ Thomas A. Pacheco*
                                                  Thomas A. Pacheco (Bar No. 1712140091)