UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE RETINA GROUP OF WASHINGTON DATA SECURITY INCIDENT LITIGATION | No. 8:24-cv-00004-LWW |

**PLAINTIFFS' SECOND SUPPLEMENTAL FILING IN SUPPORT OF
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Settlement Class Representatives Mary Vandenbroucke, Katherine Traynham, Kwame Dapaah-Siakwan, Jennifer Boehles, Shalane Vance, Sharon Jenkins, Natalia Girard, David Puckett, and Desiree McCormick hereby submit this second supplemental filing in support of their Motion for Final Approval of Class Action Settlement (ECF No. 42) ("Final Approval Motion") to provide additional information to the Court as a follow-up to the Final Approval Hearing held by the Court on July 15, 2025.

After the hearing, Class Counsel asked Verita (the Settlement Administrator) for a more detailed breakdown of the claims to date. By email of July 17, 2025, Verita reports that fourteen (14) claims for Documented Ordinary Losses, adding up to $2,649.34, have been approved to date. To the extent that the Court wishes to consider approved, Documented Ordinary Loss claims as evidence that certain Settlement Class Members suffered actual out-of-pocket injury that supports Article III standing, there are 14 such claims. Plaintiffs assert that the factual allegations of the Settlement Class Representatives establish Article III standing for the reasons stated during the Final Approval Hearing.

A table of all the claims to date, and their current approval status, follows below:

| RGW Data Breach: Approved Claims Summary | | |
|---|---|---|
| **Claim Form Category** | **# of Claims Made** | **Currently Approved** |
| Number of Documented Ordinary Loss Claims | 43 | 14 |
| Total Documented Monetary Losses ($) | $ 12,444.14 | $ 2,649.34 |
| Number of Documented Extraordinary Loss Claims | 13 | - |
| Total Documented Extraordinary Losses ($) | $ 55,579.79 | $ - |
| Number of Credit Monitoring Claims | 1,832 | 1,832 |
| Cost of Credit Monitoring Codes ($) | $ 16,121.60 | $ 16,121.60 |
| Number of Lost Time Claims | 764 | 764 |
| Total Lost Time Claims ($) | $ 66,350.00 | $ 66,350.00 |
| Number of Pro Rata Cash Payment Claims | 12,810 | 12,810 |
| Total Pro Rata Cash Payment Claims, Assuming $100 ($) | 1,281,000 | 1,281,000 |
| **Total ($)** | **1,431,495.53** | **1,366,120.94** |

Also, in the same email, Verita confirms that Class Counsel overstated to the Court the total costs of notice and administration to completion of the case due to a misunderstanding between the Settlement Administrator (Verita) and Class Counsel. Class Counsel understood the total cost <u>to date</u> to be approximately $395,000, with another $105,000 still to follow, for a total cost of notice and administration of $500,000 to $600,000. However, Verita confirms that the total cost <u>to completion</u> will be $395,000. As Verita cautions in its email:

> This assumes the possible supplemental distribution mentioned in the Settlement Agreement, applicable if enough residual funds remain after the initial distribution, will not be needed. If a supplemental distribution is needed at a later date, we will provide an estimate for this service.

July 17, 2025 Email from Eddie Dattilo, Verita Senior Project Manager.

With notice and administration costs of $395,000, proposed attorneys' fees of $1,200,000, proposed expenses of $2,637.20, and $18,000 in proposed service awards ($2,000 each for nine Class Representatives), that leaves $1,984,362.80 for distribution to the Settlement Class Members, or 55.12% of the total recovery.

The substantially lower total cost of the notice and administration, plus the detailed claims breakdown above, also increases the estimated pro rata cash payments (which, as the Court will recall, were estimated to be between $100 to $130 by Class Counsel at the Final Approval Hearing). Assuming that all documented loss (both ordinary and extraordinary) claims, all credit monitoring claims, and all lost time claims are found valid ($150,495.53), the current estimated pro rata cash payments will be approximately $143.16 per valid pro rata cash claimant.[1]

Dated: July 18, 2025                             Respectfully submitted,

/s/Thomas A. Pacheco
Thomas A. Pacheco (Bar No. 1712140091)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC**
900 W Morgan Street
Raleigh, NC 27603
T: (212) 946-9305
tpacheco@milberg.com

Ben Barnow*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Suite 1630
Chicago, IL 60606
Tel: (312) 621-2000
Fax: (312) 641-5504
b.barnow@barnowlaw.com

---

[1] ($1,984,362.80 minus $150,495.53) divided by 12,810 claimants.

3

Gary M. Klinger*
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
Fax: (865) 522-0049
gklinger@milberg.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
tbean@sirillp.com

*Settlement Class Counsel*

*Admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that he filed the foregoing document and its exhibits using the Court's CM/ECF system, which shall provide notice of same to all counsel of record.

Dated: July 18, 2025                                   /s//*Thomas A. Pacheco*
                                                              Thomas A. Pacheco